STATE OF NEW JERSEY v. REGINALD LEE.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN JELINSKI.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. KEITH E. O'NEAL.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. FARRAD DE HUNTAQUAN ALI.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CHESTER BRYANT.

July 2, 1982.

Petition for certification denied.